

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JOE RUBIO, | § | No. 08-18-00006-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D02166) |
| | § | |

**O R D E R**

The Court has this day considered the Appellant's motion for additional time to hold the indigency hearing required by our order dated July 3, 2018, and concludes the motion should be GRANTED.

Therefore, the deadline for the trial court to conduct the conduct the hearing is extended to August 31, 2018. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's orders and/or findings on or before September 10, 2018. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before September 10, 2018.

IT IS SO ORDERED this 24th day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.